KRISTINA S. HOLMAN
Nevada Bar No. 3742
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: 702.614.4777
Facsimile: 702.487.3128
Email: kholman@kristinaholman.com

Attorney for Plaintiff Bobby J. Ponte

KRISTOL BRADLEY GINAPP
Nevada Bar No. 8468
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Email: kristol.ginapp@lewisbrisbois.com

WILLIAM D. DEVENEY, *Pro Hac Vice*
Georgia Bar No. 219744
ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
Telephone: 404.659.6700
Facsimile: 404.222.9718
Email: deveney@elarbeethompson.com

Attorneys for Defendant Cox Communications
Las Vegas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| BOBBY J. PONTE, | ) | CASE NO. 2:14-cv-02212-rfb-pal |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF** |
| | ) | **DISMISSAL WITH** |
| v. | ) | **PREJUDICE UNDER** |
| | ) | **FED.R.Civ.P. 41(a)(1)(A)(ii)** |
| COX COMMUNICATIONS LAS VEGAS, | ) | |
| INC.; ROE CORPORATIONS I through X; | ) | |
| And DOES I through X, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

# STIPULATION OF DISMISSAL WITH PREJUDICE
# UNDER FED.R.Civ.P. 41(a)(1)(A)(ii)

COME NOW, Plaintiff Bobby J. Ponte and Defendant Cox Communications Las Vegas, Inc. and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action, with no claims to be reinitiated by Plaintiff and with each party to bear their own costs.

This the 18th day of December 2015.

| SO STIPULATED: | SO STIPULATED: |
|---|---|
| *s/Kristina A. Holman* | *s/Kristol Bradley Ginapp* |
| Kristina A. Holman | Kristol Bradley Ginapp |
| Nevada Bar No. 3742 | Nevada Bar No. 8468 |
| 703 S. Eighth Street | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| Las Vegas, Nevada  89101 | 6385 S. Rainbow Boulevard, Suite 600 |
| Telephone:  (702) 614-4777 | Las Vegas, Nevada  89118 |
| Facsimile:  (702) 487-3128 | Telephone: (702) 893-3383 |
| Email:  kholman@kristinaholman.com | Facsimile:  (702) 893-3789 |
| | Email:  Kristol.ginapp@lewisbrisbois.com |
| Attorney for Plaintiff Bobby J. Ponte | |
| | *s/William D. Deveney* |
| | William D. Deveney, *Pro Hac Vice* |
| | Georgia Bar No. 219744 |
| | ELARBEE, THOMPSON, SAPP & WILSON, LLP |
| | 800 International Tower |
| | 229 Peachtree Street, N.E. |
| | Atlanta, Georgia  30303 |
| | Telephone:  (404) 659-6700 |
| | Facsimile:  (404) 222-9718 |
| | Email:  deveney@elarbeethompson.com |
| | |
| | Attorneys for Defendant Cox Com Communications Las Vegas, Inc. |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated:  December 28, 2015

2